| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Barash, Martin R. | 2. Court or Organization Bankruptcy Court, Central District of California | 3. Date of Report 6/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

21041 Burbank Boulevard
Woodland Hills, CA 91367

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | Director | Los Angeles Bankruptcy Forum |
| 3. | Governor | Financial Lawyers Conference |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 6/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | University of California, Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 04/19/17-04/23/17 | Washington, DC | Educational seminar/board of directors meeting | Transport, lodging, food, seminar registration |
| 2. | California Bankruptcy Forum | 05/19/17-05/21/17 | Coronado, CA | Educational seminar | Lodging, food, seminar registration |
| 3. | American Bankruptcy Institute | 09/07/17-09/08/17 | Coronado, CA | Educational seminar | Transport, lodging, food, seminar registration |
| 4. | National Conference of Bankruptcy Judges/American Bankruptcy Institute | 10/08/17-10/11/17 | Las Vegas, CA | Educational seminar, professional association meeting | Transport, lodging, food |
| 5. | American Bankruptcy Institute | 11/30/17-12/2/17 | Palm Desert, CA | Educational seminar/board of directors meeting | Lodging, food, seminar registration |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 6/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank N.A. | Mastercard/Visa | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   401(k) Retirement Plan | | | | | | | | | |
| 2.   --Putman Stable Value Fund | A | Dividend | J | T | | | | | |
| 3.   --Lord Abbett Developing Growth I Fund | A | Dividend | | | Closed | 01/31/17 | M | | Fund Exchange - See Note B |
| 4.   --Virtus Kar Small Cap Value Fund | C | Dividend | M | T | Open | 01/31/17 | M | | Fund Exchange - See Note B |
| 5.   --Oppenheimer Developing Markets Y Fund | A | Dividend | M | T | | | | | |
| 6.   --Vanguard Inflaction Proected Securities Investment Fund | B | Dividend | M | T | | | | | |
| 7.   --Putnam Dynamic Asset Allocation Balanced A Fund | D | Dividend | M | T | | | | | |
| 8.   --Vanguard Target Retirement 2030 | B | Dividend | L | T | | | | | |
| 9.   401(k) Rollover/IRA | | | | | | | | | |
| 10.  --Vanguard 500 Index Inv. Fund | C | Dividend | M | T | | | | | |
| 11.  --Vanguard US Growth Inv Fund | C | Dividend | M | T | | | | | |
| 12.  403(b) Plan | | | | | | | | | |
| 13.  --University of California Global Equity Fund | | None | | | Closed | 10/02/17 | K | | Fund Exchange - See Note C |
| 14.  --UC Dom EQ Index Fund | | None | K | T | Open | 10/02/17 | K | | Fund Exchange - See Note C |
| 15.  --UC Intl EQ Index Fund | | None | J | T | Open | 10/02/17 | J | | Fund Exchange - See Note C |
| 16.  --University of California Bond Fund | | None | J | T | | | | | |
| 17.  --University of California Savings Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 6/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Retirement Plan | | | | | | | | | |
| 19. --American Beacon Large Cap Value Institutional Fund | A | Dividend | | | Closed | 08/17/17 | K | | Fund Exchange - See Note D |
| 20. --Dodge & Cox Stock Fund A | A | Dividend | K | T | Open | 08/17/17 | K | | Fund Exchange - See Note D |
| 21. --Prudential Core Plus Bond Fund Unit Class 6 | A | Dividend | J | T | | | | | |
| 22. --Fidelity 500 Index INST | A | Dividend | K | T | | | | | |
| 23. Retirement Plan #2 | | | | | | | | | |
| 24. --University Global Equity Fund | | None | | | Closed | 10/02/17 | K | | Fund Exchange - See Note E |
| 25. --UC Dom EQ Index Fund | | None | K | T | Open | 10/02/17 | K | | Fund Exchange - See Note E |
| 26. --UC Intl EQ Index Fund | | None | J | T | Open | 10/02/17 | J | | Fund Exchange - See Note E |
| 27. --University of California Savings Fund | A | Dividend | J | T | | | | | |
| 28. 529 Plan #1 | | | | | | | | | |
| 29. --Scholarshare Passive Age-Based Portfolio 13-14 | | None | | | Closed | 06/20/17 | N | | Fund Exchange - See Note F |
| 30. ---Scholarshare Passive Age-Based Portfolio 15 | | None | N | T | Open | 06/20/17 | N | | Fund Exchange - See Note F |
| 31. 529 Plan #2 | | | | | | | | | |
| 32. --Scholarshare Passive Age-Based Portfolio 11-12 | | None | | | Closed | 06/20/17 | N | | Fund Exchange - See Note G |
| 33. --Scholarshare Passive Age-Based Portfolio 13-14 | | None | N | T | Open | 06/20/17 | N | | Fund Exchange - See Note G |
| 34. 529 Plan #3 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 6/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Scholarshare Passive Age-Based Portfolio 9-10 | | None | K | T | | | | | |
| 36. Other Investments | | | | | | | | | |
| 37. --AT&T | A | Dividend | J | T | | | | | |
| 38. --Comcast | A | Dividend | J | T | | | | | |
| 39. --Walt Disney Corporation | A | Dividend | J | T | | | | | |
| 40. --First Republic Bank | A | Interest | J | T | | | | | |
| 41. --RP Northport, LLC | | None | J | W | | | | | |
| 42. --Corridor Capital Advisors LLC | A | Distribution | J | T | | | | | See Note H |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 6/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII:

[A]  The value of the mutual funds in all retirement and educational savings accounts shown at the end of the reporting period reflects: (i) the reinvestment of interest and other distributions made by those mutual funds, less deducted costs and fees, and (ii) any additional contributions made to those retirement and educational savings accounts over the course of the year (including any gain or loss on those additional contributions).

[B]  On January 31, 2017, the 401(k) plan replaced the shares in the Lord Abbett Developing Growth I Fund with shares of an equivalent value in Virtus Kar Small Cap Value Fund.

[C]  On October 2, 2017, the 403(b) plan replaced the shares in the University of California Global Equity Fund with shares of an equivalent value in the UC Dom EQ Index Fund and the UC Intl EQ Index Fund.

[D]  On August 17, 2017, the retirement plan replaced the shares in the American Beacon Large Cap Value Institutional Fund with shares of an equivalent value in the Dodge & Cox Stock Fund A.

[E]  On October 2, 2017, the retirement plan #2 replaced the shares in the University of California Global Equity Fund with shares of an equivalent value in the UC Dom EQ Index Fund and the UC Intl EQ Index Fund.

[F]  On June 20, 2017, the 529 plan replaced the shares in the Scholarshare Passive Age-Based Portfolio 13-14 with shares of an equivalent value in the cholarshare Passive Age-Based Portfolio 15.

[G]  On June 20, 2017, the 529 plan #2 replaced the shares in the Scholarshare Passive Age-Based Portfolio 11-12 with shares of an equivalent value in the Scholarshare Passive Age-Based Portfolio 13-14.

[H]  Based on information provided by my accountant, I believed and reported on my financial disclosure report for 2016 that this partnership had been wound up. I subsequently received a small "final distribution" check and letter indicating that the partnership was actually wound up in late 2017/early 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martin R. Barash**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544